1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Sanrio Company, Ltd. and Sanrio, Inc.,

       Plaintiffs,

  v.

Cosmetics & More Inc., Bebella Inc.,
Esmeralda Hernandez, and Does 1
through 10, inclusive,

       Defendants.

Case No.: 2:23-cv-10198-RGK-DFM

[~~PROPOSED~~] CONSENT DECREE
AND PERMANENT INJUNCTION
AS TO DEFENDANT COSMETICS
& MORE INC. [34]

   The Court, having read and considered the Joint Stipulation for Entry of
Consent Decree and Permanent Injunction that has been executed by Plaintiffs Sanrio
Company, Ltd. and Sanrio, Inc. (collectively "Plaintiffs") and Defendant Cosmetics &
More Inc., Bebella Inc., and Esmeralda Hernandez (collectively "Defendants") in this
action, and good cause appearing therefore, hereby:

   ORDERS that based on the Parties' Stipulation and only as to Defendant
Cosmetics & More Inc., its successors, heirs, and assignees, this Consent Decree and
Permanent Injunction shall be and is hereby entered in the within action as follows:

1)  This Court has jurisdiction over the parties to this action and over the subject
matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338.
Service of process was properly made against Defendant Cosmetics & More Inc.

2)  Plaintiffs have expended considerable resources in the creation and commercial
exploitation of their copyrightable and trademarkable property, and as a consequence
thereof, have acquired intellectual property rights, including but not limited to those
rights listed in Exhibits A-B ("Plaintiffs' Properties").

3)  Plaintiffs have alleged that Defendant Cosmetics & More Inc., and others, have
made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or
colorable imitations thereof.

Sanrio Company, Ltd., et al. v. Cosmetics & More Inc., et al.:
[Proposed] Consent Decree

- 1 -

4)      Defendant Cosmetics & More Inc. and its agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Properties, including, but not limited to, manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:

a) Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

b) Importing, manufacturing, distributing, advertising, selling, offering for sale, renting or offering to rent in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

c) Engaging in any conduct that falsely represents that, Defendant Cosmetics & More Inc. or the products sold by Defendant Cosmetics & More Inc., are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs; or

d) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, that falsely describes or represents such goods as being those of Plaintiffs.

5)     In the event of a breach of the Release and Settlement Agreement dated and effective June 14, 2024, Plaintiffs are entitled to, and shall recover jointly from Defendant Cosmetics & More, Inc. and the other corporate defendant, the sum of Two Hundred Thousand U.S. Dollars ($200,000.00).  Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint are dismissed without prejudice as to Defendant Cosmetics & More Inc.

7)     This Consent Decree and Permanent Injunction shall be deemed to have been served upon Defendant Cosmetics & More Inc. at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Consent Decree and Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree and Permanent Injunction against Defendant Cosmetics & More Inc.

9)     The Court shall retain jurisdiction over all Defendants, Cosmetics & More Inc., Bebella Inc., and Esmeralda Hernandez, and of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree and Permanent Injunction or of the Parties' Release and Settlement Agreement dated and effective June 14, 2024.

DATED:     7/10/2024

_____
Hon. R. Gary Klausner
United States District Judge

PRESENTED BY:

Wang Law Corporation


By: _____
        Annie S. Wang-Poloskov
        J. Andrew Coombs, Of Counsel
Attorneys for Plaintiffs
Sanrio Company, Ltd. and Sanrio, Inc.

Burkhalter Kessler Clement & George LLP


By: _____
        Rosamund Lockwood
        Amanda Dwight
Attorneys for Defendants
Cosmetics & More Inc., Bebella Inc.,
and Esmeralda Hernandez

**EXHIBIT A**

**SANRIO CO.'S COPYRIGHTED DESIGNS**

| Copyright Registration | Title of Work (Character) |
|---|---|
| TX 3-769-888 | SANRIO 1993 Product and Sales Promotion Catalog |
| VA 52-941 | Hello Kitty Bus Stop Seal Set |
| VA 130-419 | MY MELODY, a bunny with hood |
| VA 130-421 | Patty & Jimmy |
| VA 130-422 | LITTLE TWIN STARS, a boy and girl with star background |
| VA 148-624 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers (Supplement) |
| VA 148-625 | Tuxedo Sam |
| VA 148-778 | MY MELODY AND FRIENDS FRAGRANT STICKERS |
| VA 148-780 | Hello Kitty Notebook |
| VA 246-420 | Hello Kitty with Teddy Bear Stickers |
| VA 246-421 | Little Twin Stars |
| VA 636-579 | KeroKeroKeroppi |
| VA 636-580 | Pochaco |
| VA 636-581 | Zashikibuta |
| VA 636-582 | Pekkle |
| VA 657-748 | KOBUTA NO PIPPO |
| VA 707-212 | KeroKeroKeroppi |
| VA 811-440 | Bad Badtz Maru |
| VA 840-494 | Winkipinki |
| VA 840-495 | Monkichi |
| VA 840-496 | Picke Bicke |
| VAu 498-617 | Chococat |
| Vau 531-649 | Hello Kitty Head Dress 2001 |
| Vau 655-028 | THE RUNABOUTS – 2001 |
| VAu 684-322 | Sanrio 2005 Character Guide |
| VAu 1-078-385 | Sanrio 2010 Character Guide |
| VAu 1-223-912 | Sanrio Character Mini Brochure 2015 |
| VAu 1-307-709 | AGGRETSUKO/AGGRESSIVERETSUKO |
| VA 1-296-111 | CHARMMY KITTY / August 04 |
| VA 1-296-115 | 2004 – 100 Characters |
| VA 1-303-873 | DOKIDOKI HOTDOG / THE CHILI PEPPER TRIO / CATALOG EVERYDAY 5 MAY 2003 |
| VA 1-303-874 | Character Merchandising |
| VA 1-306-618 | Pompommuffin |
| VA 1-342-774 | SANRIO 2005 KEROPPI STYLE GUIDE |
| VA 1-342-775 | Sanrio 2002 Hello Kitty Style Guide |
| VA 1-370-020 | PANDAPPLE(INTRO), FROOLIEMEW(FANCY), CHOCOCAT(DOT)/SANRIO 2005 PRODUCT CATALOG AUG NEW |
| VA 1-370-517 | Cotton Flower Summer 2006 Catalog No. 0602 |
| VA 1-370-518 | COTTON FLOWER SPRING 2006 CATALOG NO. 0601 |
| VA 1-370-524 | MY MELODY&KUROMI(flower);HELLO KITTY(bee bear) Everyday Catalog December 2005 |

| VA 1-370-525 | CHARMMY KITTY (honey); KUROMI; SUGARBUNNIES; HELLO KITTY(jewel) Everyday Catalog 2005 |
|---|---|
| VA 1-416-373 | keepin' it green (KEROPPI) |
| VA 1-416-374 | TENORIKUMA(BLUE CAFE), MY MELODY(HEART), KUROMI(KUROMI5), CHARMMY KITTY(RABBIT), HELLO KITTY(LOGO) EVERYDAY CAT.JUNE 2006 |
| VA 1-416-375 | MASYUMARU(INTRO); CINNAMOROLL(SPORT); SUGARBUNNIES(DOUGHNUTS); CHARMMYKITTY(RABBIT); LITTLE TWIN STARS(STARS); HELLO KITTY(BEAR); EVERYDAY CATALOG JULY 2006 |
| VA 1-417-422 | COTTON FLOWER FALL-WINTER 2006 CATALOG NO. 0603 |
| VA 1-434-208 | Little Twin Stars with Unicorn Stickers (Supplement) |
| VA 1-434-209 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers |
| VA 1-434-211 | Hello Kitty with Teddy Bear Stickers (Supplement) |
| VA 1-352-721 | Keroppi / Little Frog…Big Splash |
| VA 1-755-622 | HELLO KITTY & DAISY |
| VA 1-962-577 | Gudetama Clear Folder |
| VA 1-962-588 | KIRIMICHAN stickers |
| VA 1-962-589 | KIRIMICHAN clear folder |
| VA 1-967-937 | Strawberry News No. 548/ Introducing Kirimichan and Gudetama, et al. |
| VA 1-967-946 | GUDETAMA Fan Book |
| VA 1-967-947 | Gudetama Philosophy |
| VA 2-070-761 | MY MELODY PYOCONORU |
| VA 2-070-765 | POMPOMPURIN PYOCONORU |
| VA 2-070-766 | HELLO KITTY PYOCONORU |
| VA 2-090-677 | AGGRETSUKO/AGGRESSIVERETSUKO Book of Phrases and Expressions |
| VA 2-102-318 | AGGRETSUKO/AGGRESSIVERETSUKO: Smartphone Application Stamp Images |
| VA 2-254-294 | Kuromi |
| VA 2-272-291 | Kuromi Emojis |
| VA 2-285-309 | Sanrio Characters (Cartoon) |

**EXHIBIT B**

**SANRIO CO.'S TRADEMARKS**

| Trademark | Registration No. | Registration Date |
|---|---|---|
| HELLO KITTY | 1215436 | 11/09/1982 |
| HELLO KITTY | 1279486 | 5/29/1984 |
| HELLO KITTY | 4845723 | 11/3/2015 |
| HELLO KITTY | 4845735 | 11/3/2015 |
| HELLO KITTY | 4845741 | 11/03/2015 |
| HELLO KITTY | 4850599 | 11/10/2015 |
| HELLO KITTY | 4850604 | 11/10/2015 |
| HELLO KITTY | 4850605 | 11/10/2015 |
| HELLO KITTY | 4850607 | 11/10/2015 |
| HELLO KITTY | 4850610 | 11/10/2015 |
| HELLO KITTY | 4850599 | 11/10/2015 |
| HELLO KITTY | 4858326 | 11/10/2015 |
|  | 1200083 | 7/6/1982 |
|  | 1277721 | 5/15/1984 |
|  | 4818053 | 9/22/2015 |
|  | 4845781 | 11/3/2015 |
|  | 4845782 | 11/03/2015 |
|  | 4854845 | 11/17/2015 |
|  | 4858350 | 11/24/2015 |

| | | |
|---|---|---|
| | 4858352 | 11/24/2015 |
| | 4858353 | 11/24/2015 |
| | 4869889 | 12/15/2015 |
| | 3260858 | 7/10/2007 |
| | 3272377 | 7/31/2007 |
| | 3359800 | 12/25/2007 |
| | 3362512 | 1/1/2008 |
| | 3362514 | 1/1/2008 |
| | 3445304 | 6/10/2008 |
| | 2691283 | 2/25/2003 |
| | 2693638 | 3/4/2003 |
| | 2696063 | 3/11/2003 |
| | 2845115 | 5/25/2004 |

| | | |
|---|---|---|
|  | 4850564 | 11/10/2015 |
|  | 4850574 | 11/10/2015 |
|  | 4850578 | 11/10/2015 |
|  | 4850579 | 11/10/2015 |
|  | 4854800 | 11/17/2015 |
|  | 4854807 | 11/17/2015 |
| KUROMI | 3693052 | 10/6/2009 |
| KUROMI | 3861200 | 10/12/2010 |
| KUROMI | 6666138 | 3/8/2022 |
| KUROMI | 6817674 | 8/16/22 |
|  | 7139788 | 8/15/2023 |
| MY MELODY | 1210192 | 9/28/1982 |
| MY MELODY | 1305637 | 11/20/1984 |
| CINNAMOROLL | 2952634 | 5/17/2005 |
| POCHACCO | 1985358 | 7/9/1996 |
| POCHACCO | 2236507 | 4/6/1999 |